AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

ANTHONY SIMPKINS, )
)
v. ) Case No.: 15 CV 9103
DUPAGE HOUSING AUTHORITY, ET AL )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/01/2017__ against __ANTHONY SIMPKINS__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 75.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 2,939.68 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 416.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 3,470.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: __Nicholas K. Fedde__

Name of Attorney: Nicholas K. Fedde

For: __DuPage Housing Authority & DHA Management Inc.__     Date: __08/31/2017__
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court     Deputy Clerk     Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Michelle Laraia | | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY SIMPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 15 CV 9103 |
| | ) |
| DUPAGE HOUSING AUTHORITY and | ) |
| DHA MANAGEMENT, INC., | ) |
| | ) |
| Defendants. | |

## DEFENDANT'S ITEMIZATION FOR BILL OF COSTS

### Deposition Transcripts, Videographer, and Court Reporting Costs

| Deponent | Date | Court Reporter | Binding/ Delivery | Video | Amount |
|---|---|---|---|---|---|
| Anthony Simpkins | 6/29/16 | $1,098.80 | $6.00 | | $1,104.80 |
| Debra L. Darzinskis | 10/7/15 | $226.95 | | | $226.95 |
| Michelle Laraia | 10/21/16 | $686.95 | $25.00 | | $711.95 |
| Ed McGoey | 7-12-16 | $458.23 | | | $458.23 |
| Kenneth Coles | 6/30/16 | $437.75 | | | $437.75 |
| Total | | | | | $2,939.68 |

### Witness Fees

| Date | Description | Amount |
|---|---|---|
| 10/7/16 | Michelle Laraia | $40.00 |
| Total | | $40.00 |

## Fees for Service of Subpoenas

| | | |
|---|---|---|
| 11/16/16 | Todd M. Martinson, Private Detective | $75.00 |
| Total | | $75.00 |

## Fees for Copies of Materials Necessarily Obtained for Use in the Case

| Date | Description | Amount |
|---|---|---|
| 11/7/16 | Record Copy Services | $296.25 |
| 12/07/16 | Record Copy Services | $119.75 |
| Total | | $416.00 |

## Totals

| Description | Amount |
|---|---|
| Deposition Transcripts, Videographer & Court Reporting Costs | $2,939.68 |
| Witness Fees | $40.00 |
| Fees for Service of Subpoenas | $75.00 |
| Fees for Copies of Materials necessarily obtained for use in the case | $416.00 |
| **TOTAL OF ALL SECTIONS** | $3,470.68 |

Respectfully submitted,

BORKAN & SCAHILL, LTD.

/s/ Nicholas K. Fedde
Nicholas K. Fedde

Nicholas K. Gedde (6317358)
BORKAN & SCAHILL, LTD.
20 South Clark, Suite 1700
Chicago, IL 60603
(312) 580-1030

LYNETTE M. MALAK, C.S.R.
16931 MARILYN DRIVE
TINLEY PARK, IL 60477
708.429.3509

RE: SIMPKINS -vs- DUPAGE HOUSING ARHORITY
DEP OF ANTHONY SIMPKINS, 6/29/16

Invoice #2579
Date: 8/1/16

**BILL TO:**
BORKAN & SCAHILL, LTD.
MR. NICHOLAS FEDDE
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, ILLINOIS 60603

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| ATTENDANCE FEE | 1 | 125.00 | 125.00 |
| ADD'L ATTENDANCE FEE | 7 | 30.00 | 210.00 |
| TRANSCRIPT PAGES - Original | 228 | 3.35 | 763.80 |
| DELIVERY | 1 | 6.00 | 6.00 |

PLEASE PAY     1,104.80

EIN NO. 20-3616446

PAID AUG 3 0 2016

rf 969



10789

**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Nicholas K. Fedde<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | Invoice #:<br>Invoice Date:<br>Balance Due: | CHI2800445<br>11/11/2016<br>$226.95 |

| | |
|---|---|
| **Case:** | Simpkins, Anthony v. Dupage Housing Authority, et al. |
| **Job #:** | 2350366 | Job Date: 7/18/2016 | Delivery: Normal |
| **Billing Atty:** | Nicholas K. Fedde |
| **Location:** | Fish Law Firm<br>200 E. 5th Ave | Suite 123 | Naperville, IL 60540 |
| **Sched Atty:** | David J. Fish, Esq. | The Fish Law Firm PC |

| Witness | Description | Amount |
|---|---|---|
| Debra L. Darzinskis | Transcript Services | $224.20 |
| | Exhibit Management | $2.75 |
| | Invoice Total: | $226.95 |
| **Notes:** | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $226.95 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

PAID DEC - 8 2016

Kef #32

To pay online, go to
www.veritext.com

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CHI2800445 |
| Job #: | 2350366 |
| Invoice Date: | 11/11/2016 |
| Balance: | $226.95 |

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41718



# INVOICE

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352  Fax:312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 607814 | 11/15/2016 | 528742 |
| Job Date | Case No. | |
| 10/21/2016 | | |
| Case Name | | |
| Simpkins vs. DuPage Housing Authority et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Nicholas Edde, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:
  Michelle Laraia
    Appearance Deposition Hourly
    Litigation Support Package
    Handle/Process

| | | | |
|---|---|---|---|
| 104.00 Pages | @ | 4.55 | 473.20 |
| 3.25 | @ | 55.00 | 178.75 |
| | | 35.00 | 35.00 |
| | | 25.00 | 25.00 |

TOTAL DUE >>>   $711.95
AFTER 12/30/2016 PAY   $818.74

Reference No.   : 9340

Online bill pay available at www.uslegalsupport.com

Original electronic transcript with PDF exhibits ordered email only and sent to wendy@kmlltdlaw.com on November 9, 2016.

Thank you for choosing U.S. Legal Support!

PAID DEC - 8 2016
Ref #31

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                                                      Phone: 312-580-1030   Fax:

*Please detach bottom portion and return with payment.*

Nicholas Edde, Esquire
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603

Job No.      : 528742         BU ID         : 50-Chicago
Case No.     :
Case Name    : Simpkins vs. DuPage Housing Authority et al

Invoice No.  : 607814         Invoice Date  : 11/15/2016
Total Due    : $ 711.95
AFTER 12/30/2016 PAY $818.74

Remit To: U.S. Legal Support (Chicago, Ill Reporting)
          P.O. Box 4772-11
          Houston, TX  77210-4772

PAYMENT WITH CREDIT CARD     AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Guardian Reporting, Inc.

EIN: 65-0824816

941.575.9533 | 941.575.8618 Fax
866.430.0EPO Toll Free
Mailing: PO Box 510186
Punta Gorda, FL 33951
www.guardianreporting.com

| Date | Invoice # |
|---|---|
| 11/16/2016 | JMB1413A |
| Terms | Due Date |
| Net 30 | 12/16/2016 |

**Bill To**
Nicholas K. Fedde, Esq.,
Borkan & Scahill, Ltd.
1700 Two First National Plaza
20 S. Clark Street
Chicago, IL 60603
(312) 580-1030

**Ship To**
CASE INFORMATION:
Simpkins v DuPage Housing
Case No. 15-cv-09103

| | Date: T 7/12/2016 | Time: BO 11/14/2016 |
|---|---|---|
| Activity | Quantity | Rate | Amount |
| Original Digital Transcript- EXPEDITED Upon Request (Ed McGoey) | 64 | 6.75 | 432.00 |
| Condensed & Word Index | 30 | 0.42 | 12.60 |
| Original Exhibits (N/C) | 28 | 0.00 | 0.00 |
| Witness Waived Read & Sign | 1 | 0.00 | 0.00 |
| Credit Card Service Fee | 1 | 13.63 | 13.63 |

pd.
11-16-16
(on AEX)

PAYMENT MAY BE MADE BY CREDIT CARD
AT OUR WEBSITE: www.guardianreporting.com    THANK YOU!

Total $458.23

Proudly Serving All of Southwest Florida Since 1997 ~ Schedule online at www.guardianreporting.com



**Veritext Midwest**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Nicholas K. Fedde<br>Borkan & Scahill LTD<br>20 S Clark St.<br>Suite 1700<br>Chicago, IL, 60603-1822 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2803140<br>11/15/2016<br>$437.75 |

| | |
|---|---|
| **Case:** | Simpkins, Anthony v. Dupage Housing Authority, et al. |
| **Job #:** | 2335444 \| Job Date: 6/30/2016 \| Delivery: Normal |
| **Billing Atty:** | Nicholas K. Fedde |
| **Location:** | Fish Law Firm<br>200 E. 5th Ave \| Suite 123 \| Naperville, IL 60540 |
| **Sched Atty:** | David J. Fish, Esq. \| The Fish Law Firm PC |

| Witness | Description | Amount |
|---|---|---|
| Kenneth Coles | Transcript Services | $432.25 |
| | Exhibit Management | $5.50 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $437.75 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $437.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

PAID DEC - 8 2016

n16 #32

| | | | |
|---|---|---|---|
| | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CHI2803140<br>2335444<br>11/15/2016<br>$437.75 |
| To pay online, go to<br>www.veritext.com | | | |
| 41718 | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | |



BOIRKAN & SCAHILL LTD
20 S CLARK ST STE 1200
CHICAGO, IL 60603

3541
2-173/710

PAY TO THE ORDER OF Michelle Garcia

Forty + 00/100 -------- DOLLARS

mb financial bank. Chicago, IL 60607

FOR Simpkins, 10389

DATE 10-7-16

$ 40.00

⑆003541⑆ ⑈071003737⑈ 40000176731⑈

# INVOICE # 11925

State of Illinois License # 115.002035

**Todd M. Martinson, Private Detective**
10 S. La Salle Suite 1230
Chicago, IL 60603
todd@toddmartinson.com
312-735-2516 (Direct) 312-268-6461 (Fax)

| | |
|---|---|
| *Invoice # 11925* | Please make checks payable to Todd M. Martinson, Private Detective. Please remit payment within **30 days** of the *Date of Invoice* |
| Date of Invoice: | 11/16/16 |
| Client: | Borkan & Scahill, Ltd.<br>20 S. Clark St Suite 1700<br>Chicago, IL 60603 |
| Requested By: | E. Favela |
| Case: | 15 CV 9103<br>Anthony Simpkins v. DuPage Housing Authority, et al. |

Serve Subpoena together with Rider and Witness Fee Check for $40.00 to:

*Ronald L. Herring at 415 E. Golf Rd. Suite 113, Arlington Heights, IL 60005*

On arrival, Ronald L. Herring was in standing in front of Suite 113 speaking to someone. Mr. Herring acknowledged his identity at which time he was advised of service and given the Subpoena and Check.

11/16/16 at 10:50am – Personal Service obtained:

Person Served: Ronald L. Herring
Description: Male / White / 5' 9" / Heavy Build / Bald & Brown / 55

An affidavit of service is attached.

| *Process Service:* | 75.00 | **Total Due:** | $ | 75.00 |
|---|---|---|---|---|

PAID DEC - 8 2016

Ref #25

T3



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE  CHICAGO IL 60602-2592  312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

**F  18375**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

41037-150589-QC

ORDERED BY  MR. NICHOLAS K. FEDDE/ELENA FAVELA
SOLD TO  BORKAN & SCAHILL
20 S. CLARK ST.  S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 11/17/16 | 15 CV 9103 | 10389 | | 10076141 18375-41037 |

| TYPE OF RECORD OR DOCUMENT : RONALD L. HERRING, P.C. ARLINGTON HTS., IL | CODE | AMOUNT |
|---|---|---|
| | SDCLZ | 296.25 |

NAME OF CASE : RE: ANTHONY SIMPKINS
SIMPKINS
VS. DU PAGE HOUSING AUTHORITY, ET AL.

PAID DEC - 8 2016

COMMENTS :
TWO COPIES REQUESTED

**TOTAL  296.25**

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



## RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PARA LEGAL SERVICES
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

F   21279

PLEASE INCLUDE INVOICE NUMBER OR COPY OF INVOICE WITH PAYMENT TO INSURE PROPER CREDITING

41037-150589-QC

ORDERED BY   MR. NICHOLAS K. FEDDE
SOLD TO   **BORKAN & SCAHILL**
20 S. CLARK ST.  S-1700
CHICAGO, IL 60603

TERMS NET 30 DAYS
FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF |
|---|---|---|---|---|
| 12/07/16 | 15 CV 9103 | 10389 | | 11236052 21279-41037 |

| CODE | AMOUNT |
|---|---|
| SDCLZE | 119.75 |

TYPE OF RECORD
OR DOCUMENT   : KEVIN MONAGHAN
MONAGHAN INSURANCE AGENCY, INC.
DARIEN, IL
NAME OF CASE   : RE: ANTHONY SIMPKINS
SIMPKINS
VS. DU PAGE HOUSING AUTHORITY, ET AL.

COMMENTS   :

PAID DEC - 8 2016

life #27

**TOTAL**   119.75

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES

F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES

L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED

R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO SERVICES

W. AUDIO SERVICES
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS